# *IN THE SUPREME COURT, STATE OF WYOMING*

## 2022 WY 63

*April Term, A.D. 2022*

**May 25, 2022**

JEFFREY BRIAN MARTINEZ,

Appellant
(Defendant),

v.

S-22-0037

THE STATE OF WYOMING,

Appellee
(Plaintiff).

## ORDER AFFIRMING THE DISTRICT COURT'S JUDGMENT AND SENTENCE

[¶ 1]   **This matter** came before the Court upon its own motion after Appellant filed a *pro se* brief.  Appellant entered an unconditional guilty plea to unlawful use of a credit card.  Wyo. Stat. Ann. § 6-3-802(a)(i).  The district court imposed a sentence of three to five years.  Appellant filed this appeal to challenge the district court's November 19, 2021, Judgment and Sentence.

[¶ 2]   On April 4, 2022, Appellant's court-appointed appellate counsel filed a Motion to Withdraw as Counsel, pursuant to *Anders v. California*, 386 U.S. 738, 744, 87 S.Ct. 1396, 1400, 18 L.Ed.2d 493 (1967).  This Court subsequently entered an Order Granting Motion for Extension of Time to File *Pro Se* Brief.  This Court permitted Appellant to file a *pro se* brief specifying the issues for the Court to consider in this appeal.  This Court also provided notice that, after the time for filing a *pro se* brief expired, this Court would make its ruling on counsel's motion to withdraw and, if appropriate, make a final decision on this appeal.  Appellant filed his Opening [Pro Se Brief] for Appellate Review May 16, 2022.

[¶ 3]   Now, following a careful review of that brief, the record, and the *Anders* brief submitted by appellate counsel, this Court finds appellate counsel's motion to withdraw should be granted and the district court's Judgment and Sentence should be affirmed.

[¶ 4]   **ORDERED** that the Wyoming Public Defender's Office, court-appointed counsel for Appellant Jeffrey Brian Martinez, is hereby permitted to withdraw as counsel of record for Appellant; and it is further

[¶ 5]   **ORDERED** that the Sweetwater County District Court's November 19, 2021, Judgment and Sentence be, and the same hereby is, affirmed.

[¶ 6]   **DATED** this 25th day of May, 2022.

BY THE COURT:

/s/

**KATE M. FOX**
**Chief Justice**